IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRANCE GRAHAM**                                                                    **PLAINTIFF**

**v.**                                                          **No. 3:19CV116-GHD-JMV**

**M.C.C.F.**
**OFFICER MORROW**
**OFFICER WELLLS**                                            **DEFENDANTS**

**ORDER ADDING CAPTAIN MORROW AND
OFFICER WELLS AS DEFENDANTS**

Having reviewed the plaintiff's complaint liberally under *Haines v. Kerner*, 404 U.S. 519 (1972) – the court finds that Captain Morrow and Officer Wells should be added as defendants in this case. The Clerk of the Court is **DIRECTED** to do so.

    **SO ORDERED**, this, the 26th day of September, 2019.

                                                              /s/    Jane M. Virden
                                                              UNITED STATES MAGISTRATE JUDGE