IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERRANCE GRAHAM **PLAINTIFF**

v. No. 3:19CV116-GHD-JMV

M.C.C.F.
CAPTAIN MORROW
OFFICER WELLLS **DEFENDANTS**

## DEFAULT JUDGMENT AGAINST DEFENDANTS CAPTAIN MORROW AND OFFICER WELLS

Pursuant to an opinion entered by the Court on this date, a DEFAULT JUDGMENT is hereby ENTERED on behalf of the Plaintiff Terrance Graham AGAINST Defendants Captain Morrow and Officer Wells. A hearing shall be held pursuant to Federal Rule of Civil Procedure 55(b)(2) to determine damages and other matters relevant to this Judgment.

SO ORDERED, this, 16 day of March, 2021.

_____
SENIOR U.S. DISTRICT JUDGE