IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERRANCE GRAHAM                                                                    PLAINTIFF

v.                                                                                 No. 3:19CV116-GHD-JMV

M.C.C.F.
CAPTAIN MORROW
OFFICER WELLLS                                                                     DEFENDANTS

### ORDER REQUIRING THE PLAINTIFF, WITHIN 14 DAYS, TO PROVIDE A VALID ADDRESS FOR SERVICE OF PROCESS FOR CAPTAIN MORROW

Defendant Captain Morrow has not been served with process in this case, and he could not be located at the address provided by the plaintiff. The case cannot proceed against Morrow if the United States Marshal Service cannot locate him for service of process. The plaintiff must, within 14 days of the date of this order, provide a valid address for service of process for Captain Morrow. If the plaintiff does not provide this information before the deadline, defendant Morrow will be dismissed from this case for failure to obtain service of process upon him.

**SO ORDERED**, this, the 30th day of August, 2022.

/s/ Glen H. Davidson
SENIOR JUDGE