IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRANCE GRAHAM**     **PLAINTIFF**

v.     **No. 3:19CV116-GHD-JMV**

**M.C.C.F.**
**CAPTAIN MORROW**
**OFFICER WELLS**     **DEFENDANTS**

### ORDER DISMISSING DEFENDANT CAPTAIN MORROW WITHOUT PREJUDICE FOR FAILURE TO EFFECT SERVICE OF PROCESS

Defendant Captain Morrow has not been served with process in this case, and he could not be located at the address provided by the plaintiff. The court ordered the plaintiff, within 14 days of the date of this order, to provide a valid address for service of process for Captain Morrow. The plaintiff informed the court that he could not find a valid address for defendant Morrow. As Captain Morrow could not be located and served with process, he is **DISMISSED** without prejudice from this case

SO ORDERED, this, the 12th day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE