IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRANCE GRAHAM**                                                                          **PLAINTIFF**

**v.**                                           **No. 3:19CV116-GHD-JMV**

**M.C.C.F.**
**OFFICER MORROW**
**OFFICER WELLS**                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's September 12, 2022, Order on Damages as to Officer Wells, it is hereby ORDERED AND ADJUDGED that JUDGMENT on the Plaintiff's claims against the Defendant Officer Wells in the sum of $25,000.00 is ENTERED in favor of the Plaintiff Terrance Graham, all of which execution may be issued as provided by law together with interest at the lawful rate hereof. This case is CLOSED.

SO ORDERED, this, the 12th day of September, 2022.

                                                     /s/ Glen H. Davidson
                                                     SENIOR U.S. DISTRICT JUDGE